IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DAVID LONGA, | ) | CRIM. NO. 07-00107 SOM |
|---|---|---|
| | ) | CIV. NO 10-00721 SOM/RLP |
| Petitioner, | ) | |
| | ) | ORDER DENYING MOTION FOR |
| vs. | ) | RELIEF FROM JUDGMENT |
| | ) | PURSUANT TO FEDERAL RULE OF |
| UNITED STATES OF AMERICA, | ) | CIVIL PROCEDURE 60(b) |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)

Petitioner David Longa moves for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. A judgment was entered on September 2, 2011, in the civil action that was opened in connection with his 28 U.S.C. § 2255 motion, which challenged his conviction and sentence in the underlying criminal case. This court is without jurisdiction to consider Longa's motion and on that ground denies it.

Longa has a pending appeal from this court's earlier ruling. The very judgment that this court entered in the civil action is therefore no longer before this court, and it is the Ninth Circuit that has jurisdiction over the issue of whether that judgment is or is not correct. In light of the appeal, this court does not address the issue of whether what Longa calls a Rule 60(b) motion is actually a second or successive § 2255 motion that requires, but lacks, the certification by the Ninth Circuit that is required before a second or successive § 2255 motion may be filed. See 28 U.S.C. § 2244.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 9, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

David Long v. United States of America; CRIM. NO. 07-00107 SOM; CIV. NO 10-00721 SOM/RLP; ORDER DENYING PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY